UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| DONNA L. KNIGHT, individually and as mother and next of friend and personal representative of AISHA L. KNIGHT, deceased, and the Estate of AISHA L. KNIGHT<br><br>*Plaintiffs*,<br>v.<br><br>CHATTANOOGA POLICE DEPARTMENT, *et al*.,<br><br>*Defendants*. | No. 1:06-CV-255<br><br>Judge Curtis L. Collier |

### ORDER

On March 30, 2007, the Court ordered Plaintiff Donna Knight, individually and as mother and next friend and personal representative of Aisha Knight, deceased, and the Estate of Aisha Knight ("Plaintiff") to show cause within ten (10) days why the Court should not dismiss this lawsuit pursuant to Fed. R. Civ. P. 4(m) for failure to serve process on Defendants Chattanooga Police Department, City of Chattanooga, Tennessee, Hamilton County, Tennessee, Hamilton County Sheriff's Department, John Does 1-5, Jane Does 1-5, and the Estate of Lavagas Grundy (Court File No. 3). As of April 23, 2007, Plaintiff has not complied with the Court's order. Plaintiff's failure to comply with the Court's order indicates her inability and/or unwillingness to prosecute this case. Accordingly, the Court **DISMISSES** Plaintiff's lawsuit **WITHOUT PREJUDICE**. The Clerk of the Court is **DIRECTED** to close this case.

    **SO ORDERED.**

    **ENTER:**

                                                        **/s/**

**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**